New York World's Fair 1939 Incorporated, Respondent, *v.* World's Fair News, Inc., et al., Appellants.

Submitted May 15, 1939; decided May 23, 1939.

*Charles Belous, Emil N. Baar* and *Arthur Block* for motion.

*George de Forest Lord* and *Woodson D. Scott* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements. Appeal may be taken as of right.

In the Matter of Alfred J. Thomas, Respondent, against Paul J. Kern et al., as the Municipal Civil Service Commission of the City of New York, Appellants.

Submitted May 15, 1939; decided May 23, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 280 N. Y. 236.)

Patrick Walsh, Appellant, *v.* Emma Anderson, as Executrix of John Anderson, Deceased, Respondent.

Submitted May 15, 1939; decided May 23, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 280 N. Y. **666.**)